Ryan Gile, Esq.
Nevada Bar No. 8807
*rg@gilelawgroup.com*
**GILE LAW GROUP LTD.**
10655 Park Run Drive, Suite 230
Las Vegas, Nevada 89144
Tel. (702) 703-7288

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEXTHOME, INC.,<br><br>Plaintiff,<br><br>v.<br><br>ADOPTANAGENT LLC, GEORGE J. BUDD, and OURNEXTHOME.COM,<br>Defendants. | **Case No. 2:18-cv-01989-GMN-NJK**<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Request)** |

Pursuant to Local Rule 6-1(a), Plaintiff NEXTHOME, INC. ("Plaintiff") and Defendants ADOPTANAGENT LLC, GEORGE J. BUDD, and OURNEXTHOME.COM ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to a 30-day extension of time up to and including Friday, December 21, 2018, for Defendants to answer or otherwise respond to the Complaint (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

GLG-30025

1

This is the first request for an extension of time for Defendants to respond to the Complaint. Good cause exists for this request because the parties have reached a settlement framework which will dismiss the action entirely, but require additional time to memorialize the specific terms and conditions of such settlement. For this reason, this stipulated request is made for good cause and not for purposes of delay.

Defendants' response is presently due November 21, 2018. Through this Stipulation, Defendants will have up to and including December 21, 2018, to file an answer or otherwise respond to the Complaint.

**RESPECTFULLY SUBMITTED** this 19th day of November, 2018.

| **KAEMPFER CROWELL** | **GILE LAW GROUP LTD.** |
|---|---|
| By: /s/ Robert McCoy <br> Robert McCoy, Esq. <br> 1980 Festival Plaza Drive <br> Suite 650 <br> Las Vegas, Nevada 89135 <br> Telephone: (702) 792-7000 <br> Facsimile: (702) 796-7181 <br> Email: rmccoy@kcnvlaw.com <br> Attorneys for Plaintiff NextHome, Inc. <br><br> *Attorneys for Plaintiff* | By: /s/ Ryan Gile <br> Ryan Gile, Esq. <br> 10655 Park Run Drive, Suite 230 <br> Las Vegas, Nevada 89144 <br> Telephone: (702) 703-7288 <br> Email: *rg@gilelawgroup.com* <br><br> *Attorneys for Defendants* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: November 20, 2018